UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alexander Gonzalas,<br><br>    Plaintiff<br><br>v.<br><br>Geordan Logan, et al.,<br><br>    Defendants | 2:16-cv-02273-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF No. 5] |

Pro se pretrial detainee Alexander Gonzalas brings this § 1983 action against two public defenders who appear to be currently representing Gonzalas in Nevada state court. Magistrate Judge Koppe has twice denied Gonzalas's application to proceed *informa pauperis* without prejudice because the financial certificate contained incorrect numbers as compared to Gonzalas's inmate trust account. The magistrate judge ordered Gonzalas to file a third application to proceed *in forma pauperis* that corrected these deficiencies by November 30, 2016. Gonzalas has not filed an IFP application or requested an extension to do so. Magistrate Judge Koppe now recommends that I dismiss this case without prejudice based on Gonzalas's failure to file a proper IFP application. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Objections to the magistrate judge's report and recommendation were due by December 28, 2016, and Gonzalas has not filed an objection or requested an extension to do so.

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1     Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 5] is ADOPTED**. This case is DISMISSED without prejudice.

    The Clerk of Court is directed to CLOSE THIS CASE.

    Dated this 4th day of January, 2017.

                                        _____
                                          Jennifer A. Dorsey
                                          United States District Judge